■ In the Matter of JOHN C. WALLEN, Petitioner, for Reinstatement. [616 NYS2d 266] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Denman, P. J., Green, Balio, Lawton and Callahan, JJ. (Filed July 8, 1994.)

■ PEOPLE, Respondent v DARRYL BOSWELL, Appellant. [616 NYS2d 292] —Motion to extend time to take appeal denied. Memorandum: The motion for an extension of time to take an appeal is untimely (see, CPL 460.30 [1]). Present—Green, J. P., Balio, Fallon, Callahan and Doerr, JJ.

■ In the Matter of LEOPOLDO GONZALEZ, Appellant, v VICTOR HERBERT, as Superintendent of Collins Correctional Facility, et al., Respondents. [616 NYS2d 293] —Motion for permission to proceed as a poor person denied. Memorandum: There is no merit to the appeal. Petitioner argues that respondent violated 7 NYCRR 1900.4 (e) (1) (vi) (a) by improperly scoring his application for early release. Pursuant to 7 NYCRR 1900.4 (e) (1) (vi) (a), however, "[a]ttempted crimes will be included in the same categories as completed crimes." Therefore, respondent was not required to consider defendant's conviction for attempted murder differently from a conviction for murder. Present—Green, J. P., Pine, Fallon, Wesley and Boehm, JJ.

■ ANTHONY J. COLUCCI, III, Respondent, v MICHELE L. COLUCCI, Appellant. [616 NYS2d 293] —Motion for stay dismissed, cross motion to dismiss appeal granted and appeal dismissed without costs. Memorandum: Plaintiff's action for divorce was discontinued pursuant to CPLR 3217 (b). Thus, neither this Court nor Supreme Court has jurisdiction to entertain further proceedings. Present—Green, J. P., Pine, Wesley, Davis and Boehm, JJ.